1  Thomas P. Riley, SBN 194706                                    JS-6
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel:  626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| J & J Sports Productions, Inc.<br><br>Plaintiff,<br><br>vs.<br><br>Jose Gerardo Martinez, et al.,<br><br>Defendants. | CASE NO. 2:14-cv-06988-WDK-PLA<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS JOSE GERARDO MARTINEZ and LYNN LUPE MARTINEZ, individually and d/b/a EL CAMINO REAL |
|---|---|

**IT IS HEREBY STIPULATED** by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendants JOSE GERARDO MARTINEZ and LYNN LUPE MARTINEZ, individually and d/b/a EL CAMINO REAL, that the above-entitled action is hereby dismissed **without prejudice** against JOSE GERARDO MARTINEZ and LYNN LUPE MARTINEZ, individually and d/b/a EL CAMINO REAL, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

**IT IS FURTHER STIPULATED** that provided no Party referenced above has filed a motion to reopen this action by December 13, 2015, the dismissal shall be deemed to be **with prejudice**.

///
///
///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____ Dated: 10/26/15

**The Honorable William D. Keller
United States District Court
Central District of California**

///

///

///

///

///

///

///

**STIPULATION OF DISMISSAL
Case No. 2:14-CV-06988-WDK-PLA
PAGE 2**